UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 3/9/18 | **Time: 8** minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 17-cv-02918-SI | **Case Name:** Francisca Moralez v. Home Depot U.S.A., Inc., et al. | |

**Attorney for Plaintiff:** Zachary Manning Best (phone)
**Attorney for Defendant:** Hayley Singer Grunvald (phone)

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** n/a


## PROCEEDINGS

1)     Initial Case Management Conference - held

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Tentative Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN PART ( ) SUBMITTED

Case continued to **5/4/18 @ 9:00 a.m.** for Plaintiff's Motion for Leave to Amend (file 3/29/18)

Case continued to **6/15/18  @ 3:00 p.m.** for Further Case Management Conference

Case continued to **2/8/19  @ 9:00 a.m.**   for Motions
(Motion due: 1/4/19 , Opposition: 1/18/19, Reply: 1/25/19)

Case continued to  **2/26/19 @ 3:30 p.m.**  for Pretrial Conference

Case continued to  **3/11/19  @ 8:30 a.m.**  for Jury Trial  ( 4  Days)
Discovery Cutoff: 9/28/18, Discovery Motion filing Deadline: 9/8/18,  Designate Experts by: 10/19/18,
Rebuttal Experts: 11/2/18, Expert Discovery Cutoff: 12/14/18


## SUMMARY

This case shall be referred to the Courts ADR program for a second round of mediation.  The ADR session shall be scheduled with a new mediator and shall occur in September 2018.

CC:ADR