| | |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | |
| FRANCISCA MORALEZ, Plaintiffs, v. HOME DEPOT U.S.A., INC., et al., Defendants. | Case No. 17-cv-02918-SI (SI) **PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT: May 4, 2018 at 9:00 a.m.
(File Motion: March 29, 2018)

FURTHER CASE MANAGEMENT: June 15, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 28, 2018.
(Filing Deadline Re: Discovery: September 8, 2018)

DESIGNATION OF EXPERTS: 10/19/18; REBUTTAL: 11/2/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 14, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 4, 2019;
    Opp. Due: January 18, 2019; Reply Due: January 25, 2019;
    and set for hearing no later than February 8, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 26, 2019 at 3:30 PM.

JURY TRIAL DATE: March 11, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to the Courts ADR program for a second round of mediation. The ADR session shall be scheduled with a new mediator and shall occur in September 2018.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

     **IT IS SO ORDERED**.

Dated: 3/12/18

                                              _____
                                              SUSAN ILLSTON
                                              United States District Judge