# Exhibit A

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993
714.513.5100 main
714.513.5130 main fax
www.sheppardmullin.com

858.720.7410 direct
hgrunvald@sheppardmullin.com

File Number: 04RK-258360

June 20, 2018

Senior District Judge Susan Illston
U.S. District Court of Northern California
San Francisco Courthouse
Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Moralez v. Home Depot U.S.A., Inc. et al.*
USDC Case No. 3:17-cv-02918 SI

Dear Judge Illston:

A Case Management Conference ("CMC") was held in this case on Friday, June 15, 2018. During the CMC, the Court directed that Defendant's counsel lodge with the Court a letter indicating the efforts taken by the Parties to schedule a second mediation conference in advance of the September of 2018 cutoff.

Attached please find correspondence exchanged on Friday, June 15, 2018, with Claudia Forehand, ADR Program Case Administrator, requesting that the case be referred for a second mediation conference in the Court's ADR program. On June 18, 2018, Ms. Forehand responded advising that the case will be referred for a second mediation which will be set within the deadline set by the Court.

Once the mediation date is confirmed, the Parties will notify the Court of this date.

Very truly yours,

/s/ Hayley S. Grunvald

Hayley S. Grunvald
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:486736957.1