UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>Defendants. | Case No. 17-cv-02918-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 43 |

On October 30, 2018, defendants filed an *ex parte* motion to stay the instant action. Dkt. No. 43. Plaintiff is directed to respond to the motion on or before November 7. Should defendants wish to submit a reply, they shall do so on or before November 13. The matter will be set for hearing on November 16, 2018 at 10:00 AM.

**IT IS SO ORDERED**.

Dated: October 31, 2018

SUSAN ILLSTON
United States District Judge