UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FRANCISCA MORALEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>            Defendants. | Case No. 17-cv-02918-SI<br><br>**ORDER DENYING DEFENDANTS' MOTION TO STAY CASE**<br><br>Re: Dkt. No. 43 |

Defendants' motion to stay this action is scheduled for a hearing on November 16, 2018. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is suitable for resolution without oral argument and VACATES the hearing.

Defendants move to stay the entire case based on the individual Chapter 7 bankruptcy proceedings of Mr. Falk, the owner and president of Mission Law Firm ("Mission Law"). Plaintiff is currently represented by counsel from Mission Law. Having considered the papers submitted and for good cause shown, the Court DENIES defendants' motion. The Court finds no basis to stay this matter. If plaintiff's counsel finds they are unable to continue their representation of plaintiff in this matter, they are to immediately notify the Court.

**IT IS SO ORDERED**.

Dated: November 15, 2018

_____
SUSAN ILLSTON
United States District Judge