# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

FRANCISCA MORALEZ
                Plaintiff (s),

V.

HOME DEPOT U.S.A., INC., et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:17-cv-02918-SI

Notice is hereby given that, subject to approval by the court, __Plaintiff, Francisca Moralez__ substitutes
                                                                      (Party (s) Name)

__Zachary M. Best (Moore Law Firm, P.C.)__, State Bar No. __166035__ as counsel of record in
   (Name of New Attorney)

place of __Zachary M. Best (Mission Law Firm, A.P.C.)__.
                                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Moore Law Firm, P.C.
    Address: 332 North Second Street, San Jose, CA 95112
    Telephone: (408) 298-2000      Facsimile (408) 298-6046
    E-Mail (Optional): service@mission.legal

I consent to the above substitution.
Date: 11/21/18          *Francisca Moralez*
                                              Francisca Moralez (Nov 21, 2018)
                                              (Signature of Party (s))

I consent to being substituted.
Date: 11/21/2018         */s/ Zachary M. Best*
                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/21/2018         */s/ Zachary M. Best*
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                           Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**