UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-02918-SI<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 53 |

Defendants' motion for leave to file a motion for reconsideration (Dkt. No. 53) is DENIED, based on the immateriality of the allegedly newly discovered evidence.

**IT IS SO ORDERED**.

Dated: January 28, 2019

_____
SUSAN ILLSTON
United States District Judge