SHEPPARD, MULLIN, RICHTER & HAMPTON llp
A Limited Liability Partnership
Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
E mail ghurley@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691
Email: hgrunvald@sheppardmullin.com

Attorneys for Defendants,
HOME DEPOT U.S.A., INC., and
HD DEVELOPMENT OF MARYLAND, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. dba THE HOME DEPOT; HD DEVELOPMENT OF MARYLAND, INC.,<br><br>    Defendants. | Case No. 3:17-cv-02918-SI<br>Honorable Susan Illston<br><br>**DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FRCP 26(a)(3)** |

In accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure, plaintiff, Francisca Moralez ("Plaintiff"), provides this Pretrial Disclosure and states as follows:

A. **Witnesses Expected To Be Called At Trial**
   1. Cesar Fonseca, Store Manager
   2. Rebuttal Expert, Neal Casper
   3. Defendants' Employees

B. **Witnesses That May Be Called At Trial If Needed**
   1. Plaintiff's witnesses

C. **Documents Expected To Be Offered At Trial**
   1. Photographs taken by Cesar Fonseca on January 16, 2019
   2. Plaintiff's Medical Records;
   3. Plaintiff's discovery responses
   4. Lawsuits filed by Plaintiff over the past 24 months

Defendants reserve the right to amend this disclosure up to 30 days before trial.

Dated: February 8, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ HAYLEY S. GRUNVALD
GREGORY F. HURLEY
HAYLEY S. GRUNVALD

Attorneys for Defendants
HOME DEPOT U.S.A., INC., and
HD DEVELOPMENT OF MARYLAND, INC.