UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-02918-SI<br><br>**ORDER RE COMPLIANCE WITH THE COURT'S PRE-TRIAL INSTRUCTIONS** |

A pre-trial conference is scheduled in the above captioned matter for February 27, 2019. On February 8, 2019, the parties filed separate pre-trial statements. The format and content of these statements fail to comply with the Court's Pre-Trial Instructions as set out in the Pre-Trial Order. Dkt 29.

**Pursuant to the Instructions, the parties must meet and confer in good faith in advance of filing the statement; must file a *joint* pre-trial statement; and must include in the pretrial statement ALL the information set forth in the Court's Standing Order. *Id*. The parties must file the joint statement on or before February 19, 2019.**

**IT IS SO ORDERED**.

Dated: February 12, 2019

_____
SUSAN ILLSTON
United States District Judge