1  Zachary M. Best, SBN 166035
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone: (408) 298-2000
   Facsimile:  (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorneys for Plaintiff
   Francisca Moralez
6

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  FRANCISCA MORALEZ,                  )  No.  3:17-cv-02918-SI
                                        )
12          Plaintiff,                  )  **PLAINTIFF'S NOTICE OF**
                                        )  **SETTLEMENT; [~~PROPOSED~~] ORDER**
13      vs.                             )
                                        )
14  HOME DEPOT U.S.A. dba THE HOME      )
    DEPOT, et al.,                      )
15                                      )
            Defendants.                 )
16                                      )
                                        )
17  _____)

18          Plaintiff, Francisca Moralez ("Plaintiff"), advises the Court that she and Defendants

19  reached a settlement of Plaintiff's claims for equitable relief and damages.  In their settlement,

20  the Parties reserved the matter of Plaintiff's claims for attorneys' fees, costs, and litigation

21  expenses for a subsequent motion to the Court within 60 days of the date the matter is

22  dismissed, with the Court to retain jurisdiction over the action for purposes of resolving that

23  motion.

24          The Parties have circulated the Settlement Agreement, the terms of which have been

25  accepted by all Parties, but for which one Defendant's signature is outstanding but anticipated

26  to be obtained shortly.  The Settlement Agreement predicates dismissal of this action upon the

27  performance by Defendants of one condition on or before March 5, 2019.  Plaintiff therefore

28  requests that the parties be given to and including March 12, 2019 within which to file a

1    stipulation for dismissal of the action with attendant request that the Court retain jurisdiction

2    over the matter for purposes of resolving Plaintiff's claim for attorney's fees and costs, such

3    motion to be brought within 60 days of the Court's dismissal of the action.

4            Plaintiff further respectfully requests that the trial of this matter set to commence on

5    March 11, 2019, and all attendant pre-trial and settlement conference requirements, be vacated

6    in light of this settlement.

7

8    Dated: February 14, 2019                    MOORE LAW FIRM, P.C.

9                                                */s/ Zachary M. Best*
                                                 Zachary M. Best
10                                               Attorneys for Plaintiff,
                                                 Francisca Moralez
11

12                                       **ORDER**

13           Upon notice by Plaintiff that this matter has settled, and good cause appearing,

14           **IT IS HEREBY ORDERED** that the Parties file their Stipulation for Dismissal of the

15   Action on or before March 12, 2019, ~~or alternatively show good cause why that deadline cannot~~

16   ~~be met.~~

17           **IT IS FURTHER ORDERED** that all settlement, pre-trial and trial dates set in this

18   matter are VACATED.

19

20   **IT IS SO ORDERED.**

21

22

23
     Dated:_____2/14/19_____          _____
24                                         SUSAN ILLSTON
                                           SENIOR UNITED STATES DISTRICT JUDGE
25

26

27

28