1  Zachary M. Best, SBN 166035
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Francisca Moralez

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 FRANCISCA MORALEZ,                    )
                                         )   No.  3:17-cv-02918-SI
12                                       )
            Plaintiff,                   )   **STIPULATION FOR DISMISSAL OF**
13                                       )   **ACTION AND COURT RETENTION OF**
        vs.                              )   **JURISDICTION TO ADJUDICATE**
14                                       )   **PLAINTIFF'S CLAIM FOR HER**
                                         )   **ATTORNEYS' FEES, COSTS, AND**
15 HOME DEPOT U.S.A., INC. dba THE       )   **LITIGATION EXPENSES;**
   HOME DEPOT; HD DEVELOPMENT OF         )   **[PROPOSED] ORDER**
16 MARYLAND, INC.;                       )
                                         )
17                                       )
            Defendants.                  )
18                                       )

19

20

21

22

23

24

25

26

27

28

SMRH:489509578.1

1     **IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez

2 ("Plaintiff"), and Defendants, Home Depot U.S.A., Inc. dba The Home Depot; and HD

3 Development of Maryland, Inc. (collectively "Defendants," and together with Plaintiff, the

4 "Parties"), the parties hereto, through their respective attorneys of record, that pursuant to

5 Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be dismissed with

6 prejudice.

7     **IT IS FURTHER STIPULATED** between the Parties that the Court shall expressly

8 retain jurisdiction over this matter for the purpose of adjudicating any subsequent motion

9 Plaintiff may bring to recover her reasonable attorneys' fees, costs, and litigation expenses. Any

10 such motion shall be filed within 60 days of the date the Court issues its Order on this

11 stipulation.

12     **IT IS FURTHER STIPULATED** between the Parties that Defendants, solely for

13 purposes of the Fees Claim, will not oppose Plaintiff's attorneys' fees motion on the grounds

14 that Plaintiff purports to be the prevailing party in this Action.

15     **IT IS SO STIPULATED**.

16

17 Dated: February 13, 2019          MOORE LAW FIRM, P.C.

18                              */s/ Zachary M. Best*

19                              Zachary M. Best
                             Attorney for Plaintiff,

20                              Francisca Moralez

21

22 Dated: February 13, 2019          SHEPPARD MULLIN RICHTER
                             & HAMPTON LLP

23

24                              */s/ Hayley S. Grunvald*
                             Hayley S. Grunvald

25                              Attorneys for Defendants,
                             Home Depot U.S.A., Inc. dba The Home

26                              Depot; and HD Development of Maryland, Inc.

27

28

SMRH:489509578.1

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

/s/ Zachary M. Best
Zachary M. Best
Attorney for Plaintiff,
Francisca Moralez

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED as follows:**

1.    The Court shall expressly retain jurisdiction over this matter for the purpose of adjudicating any motion brought by Plaintiff to recover her attorneys' fees, costs, and litigation expenses ("Fees Claim").

2.    Plaintiff shall file any Fees Claim within 60 days of the date of this Order.

3.    Except as provided for in paragraph 1, the action is dismissed with prejudice and all dates and events are hereby VACATED.

**IT IS SO ORDERED**.

Dated:    3/1/19

SUSAN ILLSTON
Senior United States District Judge

SMRH:489509578.1